Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JESUS OLVERA GONZALEZ, | Case No. EDCV 11-1645-RGK (OP) |
| Plaintiff, | J U D G M E N T |
| v. | |
| RICK HILL, | |
| Defendant. | |

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: 11·30·2011

HONORABLE R. GARY KLAUSNER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge